JS-6

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Mackenzie C. Gonzales (SBN 333839)
gonzalesm@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
CEDARS-SINAI HEALTH SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARSHID JOHN FAKOURFAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CEDARS-SINAI HEALTH SYSTEM; DESIGNED RECEIVABLE SOLUTIONS INC.; INGLEWOOD IMAGING CENTER, L.L.C.; and BUSINESS REVENUE SYSTEMS, INC.<br><br>    Defendants. | CASE NO. 21-CV-7237-JFW-RAOx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE LAWSUIT WITH PREJUDICE** [40] |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party to bear their own costs and expenses.

IT IS SO ORDERED.

Dated: June 8, 2022

*/s/ John F. Walter*
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE